UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL CARROLL,

    Plaintiff,

v.

MARY J. LEE, et.al.,

    Defendants.

Case No. C08-975 RSL BAT

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's complaint in this 42 U.S.C. § 1983 civil rights action; the motion for judgment on the pleadings filed by defendants Mary J. Lee, Brooks Raymond, Dean Mason, Laura Dyer, and Sharon A. Dahlstrom ("DOC defendants"); the motion for summary judgment filed by defendant Kara Dansky; the report and recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     The DOC defendants' motion for judgment on the pleading (Dkt. 16) is GRANTED in part and DENIED in part;

(3)     Kara Dansky's motion for summary judgment (Dkt. 23) is GRANTED;

(4)     Plaintiff's remaining claims and his complaint (Dkt. 4) are DISMISSED;

ORDER OF DISMISSAL – 1

(5) The DOC defendants' motion for summary judgment (Dkt. 32) is DENIED as moot; and

(6) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 21st day of January, 2009.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL – 2